UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SALVATORE JULIANO SOWELL**

    **Plaintiff,**

  v.

    Case No. 2:23-cv-1683
    **JUDGE EDMUND A. SARGUS, JR.**
    Magistrate Judge Karen L. Litkovitz

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER

This matter is before the Court on the November 9, 2023, Order and Report and Recommendation issued by the Magistrate Judge. (ECF No. 25.) The Magistrate Judge conducted an initial screen of Plaintiff's Complaint, as she must under 28 U.S.C. §1915(e)(2), and recommended dismissal of the Complaint for lack of subject matter jurisdiction, or, in the alternative, for failure to state a claim. (*Id.* at PageID # 132.) Plaintiff was advised of his right to object to the Order and Report and Recommendation and of the consequences of failing to do so (*id.* at PageID # 132–33), but did not file a timely objection.

The Court **ADOPTS** and **AFFIRMS** the Order and Report and Recommendation. (ECF No. 25.) Plaintiff's claims are **DISMISSED with prejudice** for failure to state a claim pursuant to § 1915(e)(2)(B). The Clerk is **DIRECTED** to terminate this case and enter judgment.

    **IT IS SO ORDERED.**

**1/8/2024**                         s/Edmund A. Sargus, Jr.
**DATE**                              EDMUND A. SARGUS, JR.
                                    UNITED STATES DISTRICT JUDGE