UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SALVATORE JULIANO SOWELL,**

    **Plaintiff,**

    v.

**UNITED STATES OF AMERICA,**

    **Defendant.**

    Case No. 2:23-cv-1683
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Karen L. Litkovitz

## ORDER

This matter is before the Court on Plaintiff Salvatore Juliano Sowell's Motion for Production of Documents. (Mot., ECF No. 48.) On February 24, 2025, the Court ordered Plaintiff to include with any future filings a certification by an attorney stating that the matter is not frivolous. (ECF No. 47, PageID 214.) Otherwise, the Court warned, any future filings will be stricken as frivolous. (*Id.*) Plaintiff's Motion does not include the required certification.

Accordingly, the Court **STRIKES** the Motion for Production of Documents. (ECF No. 48.) The Clerk is **DIRECTED** to terminate the motion.

This case remains closed.

**IT IS SO ORDERED.**

**4/10/2025**  
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**